

August 2, 2019

**VIA FEDEX AND EMAIL**

Leo Glickman
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza West
12th Floor Brooklyn, NY 11201

    Re:    <u>Omolade v. Success Academy, et al.</u>, 1:19-cv-02336-WFK-RER

Dear Counsel:

    In connection with Defendants' Motion to Dismiss the above-referenced matter, enclosed please find (1) Notice of Motion; (2) Memorandum of Law in Support of Defendants' Motion to Dismiss; (3) Declaration of Aaron M. Safane; (4) Exhibits A-C to the Declaration of Aaron M. Safane; and (5) Affirmation of Service.

    Pursuant to Judge Kuntz's Individual Motion Practice Rule G(1), we will e-file a copy of this cover letter with the Court.

    Regards,

    <u>/s/ Aaron M. Safane</u>
    Aaron M. Safane
    Robert L. Dunn
    Halimah I. Famuyide

    *Counsel for Defendants*

Enclosures