

August 7, 2019

**VIA ECF**

Hon. Ramon E. Reyes, Jr
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Omolade v. Success Academy, et al.*, 1:19-cv-02336-WFK-RER
                Settlement Conference

Dear Judge Reyes:

    We write on behalf of all counsel in the above-referenced matter to respectfully request a settlement conference with Your Honor, in the hope that the parties can resolve their claims amicably.

    This month, the parties can be available any time on August 23 or August 26, the afternoon of August 27, and any time on August 28 or August 29, if any of those dates are convenient for the Court. In advance of the conference, the parties would be happy to prepare *ex parte* statements and anything else that the Court would find useful.

    We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Leo Glickman*                                                  */s/ Aaron M. Safane*

Leo Glickman                                                        Aaron M. Safane
Stoll, Glickman & Bellina, LLP                                      Robert L. Dunn
300 Cadman Plaza West, 12th Floor                                   Halimah I. Famuyide
Brooklyn, NY 11201                                                  Success Academy Charter Schools
Tel: 718-852-3710                                                   95 Pine Street, Floor 6
lglickman@stollglickman.com                                         New York, NY 10005
                                                                    Tel: 347-302-5974
                                                                    aaron.safane@successacademies.org
                                                                    robert.dunn@successacademies.org
                                                                    halimah.famuyide@successacademies.org

*Attorneys for Plaintiff*                                           *Attorneys for Defendants*